IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN,               )<br>                             )<br>    Plaintiff,             )<br>                             )        CIVIL ACTION NO.<br>    v.                       )         2:15cv370-MHT<br>                             )             (WO)<br>JEFFERSON DUNN (Prison      )<br>Commissioner); et al.,      )<br>                             )<br>    Defendants.              ) | |

### JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(1), it is ORDERED that:

(1) The motion to dismiss (doc. no. 6) is granted.

(2) This lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 9th day of June, 2015.**

                                           <u>/s/ Myron H. Thompson</u>
                                         **UNITED STATES DISTRICT JUDGE**